IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KATHLEEN CARROLL, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. PJM 05-1472 |
| | * | |
| THE PRUDENTIAL INSURANCE | * | |
| COMPANY OF AMERICA, *et al.*, | * | |
| | * | |
| Defendants | * | |

**FINAL ORDER OF JUDGMENT**

Upon consideration of the Motion for Summary Judgment filed by Plaintiff Kathleen Carroll [Paper No. 24], and the Cross Motion for Summary Judgment filed by Defendants The Prudential Insurance Company of America and McArdle Printing Company Employee Disability Plan [Paper No. 29], it is, for the reasons stated on the record on January 8, 2007, this 14th day of February 2007

ORDERED:

1. Plaintiff Kathleen Carroll's Motion for Summary Judgment [Paper No. 24] is **GRANTED**;

2. Defendants The Prudential Insurance Company of America and McArdle Printing Company Employee Disability Plan's Cross Motion for Summary Judgment [Paper No. 29] is **DENIED**;

3. Final Judgment is **ENTERED** in favor of Plaintiff and against Defendants; and,

4. The Clerk of the Court shall **CLOSE** this case.

_____/s/_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**